**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| In re:  Sandra Annette Turner | CASE NO. 07-50528-RWK |
|---|---|
| Debtor(s) | CHAPTER 7 |

**ORDER DISMISSING DEBTOR**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above debtor be and is hereby dismissed as a party in this case, and all related pending motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed without prejudice.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further ORDERS and the trustee and trustee's bond released and discharged from further liability herein unless proper objection is made to said final report within ten (10) days after filing of same or such extended time as may be granted upon proper application made within said ten (10) day period, and the estate be closed.  If the Discharge Order has been issued, the same is rescinded.

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

Entered: October 2, 2008

*Ross W. Krumm*

ROSS W. KRUMM, JUDGE

odd(k).frm